**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **ENGINEERED WELL SERVICES INTERNATIONAL, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA ENGINEERED WELL SERVICE, LLC** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **90-1019678** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **495 Vale Lane** **Floresville, TX 78114** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wilson** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**    Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**      Case number (*if known*) _____
   Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 23, 2016**
MM / DD / YYYY

X **/s/ John E. Powell, Jr.**        **John E. Powell, Jr.**
Signature of authorized representative of debtor       Printed name

Title **Managing member**

**18. Signature of attorney**

X **/s/ JAMES S. WILKINS**       Date **June 23, 2016**
Signature of attorney for debtor       MM / DD / YYYY

**JAMES S. WILKINS**
Printed name

**JAMES S. WILKINS**
Firm name

**WILLIS & WILKINS, L.L.P.**
**711 Navarro Street, Suite 711**
**San Antonio, TX 78205-1711**
Number, Street, City, State & ZIP Code

Contact phone **210-271-9212**     Email address **jwilkins@stic.net**

**21486500**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __ENGINEERED WELL SERVICES INTERNATIONAL, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 23, 2016__     X __/s/ John E. Powell, Jr.__
                                    Signature of individual signing on behalf of debtor

                                    **John E. Powell, Jr.**
                                    Printed name

                                    **Managing member**
                                    Position or relationship to debtor

Fill in this information to identify the case:
Debtor name **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **4-STAR Hose & Supply, Inc** PO Box 541356 Dallas, TX 75354 | | | | | | $8,755.94 |
| **Allied Oilfield Machine and Pump LLC** PO Box 879 Levelland, TX 79336 | | | | | | $16,434.69 |
| **Assurant Employee Benefits** PO Box 807009 Kansas City, MO 64184-7000 | | | | | | $8,303.42 |
| **BankDirect Capital Finance** PO Box 660448 Dallas, TX 75266-0448 | | | | | | $5,948.21 |
| **Beasley Tire Service Houston** PO Box 11556 Houston, TX 77293 | | | | | | $15,931.36 |
| **Bubba's Lone Star Propane & Gas Company** 4222 FM 621 San Marcos, TX 78666 | | | | | | $29,968.87 |
| **Clariant Corporation** 4000 Monroe Road Charlotte, NC 28205 | | | | | | $7,129.62 |
| **Clear Water Resources** PO Box 2700 San Marcos, TX 78667 | | | | | | $3,454.00 |

Debtor **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DXP Enterprises, Inc. PO Box 201791 Dallas, TX 75320-1791 | | | | | | $3,322.18 |
| Engineered Well Service Intl, Inc. (EWS 3120 Standard Street Bakersfield, CA 93308 | | | | | | $33,799.59 |
| FS Solutions 75 Remittance Drive, Suite 6146 Chicago, IL 60675-6146 | | | | | | $3,421.06 |
| JAG Energy USA, Inc. 16300 Katy Freeway, Suite 225 Houston, TX 77094 | | | | | | $12,323.55 |
| John Powell 610 East Market St. #2908 San Antonio, TX 78205 | | | | | | $212,173.26 |
| NGL Energy Partners, LP Attn: Treasury 3773 Cherry Creek N. Dr., Suite 1000 Denver, CO 80209 | | | | | | $17,008.75 |
| Petro Products 1311 First Street PO Box 890 Levelland, TX 79336 | | | | | | $12,476.00 |
| Production Pump a DXP Company PO Box 201791 Dallas, TX 75320-1791 | | | | | | $3,941.57 |
| R.D. Wallace Oil Co, Inc. 514 N. Main Street Morton, TX 79346-2200 | | | | | | $76,037.00 |
| Rush Sales Company 2700 East I-20 PO Box 2488 Odessa, TX 79760-2488 | | | | | | $261,952.67 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rush Truck Center, San Antonio**<br>**PO Box 2208**<br>**Decatur, AL 35609** | | | | | | **$11,490.24** |
| **Travelers Business Insurance**<br>**CL Remittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266** | | | | | | **$40,365.80** |

# United States Bankruptcy Court
### Western District of Texas

In re    **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**      Case No.    _____
                                      Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 23, 2016**            **/s/ John E. Powell, Jr.**
                                      **John E. Powell, Jr.**/**Managing member**
                                      Signer/Title

4-STAR Hose & Supply, Inc
PO Box 541356
Dallas, TX 75354


Administrative Solutions
PO BOX 5809
Fresno, CA 93755


ADP
5355 Orangethorpe
La Palma, CA 90623


Advantage Funding
1111 Marcus Ave., Suite M27
New Hyde Park, NY 11042


Alexander Auto Center
PO Box 720 1601 Escondido Street
Kenedy, TX 78119


Allied Oilfield Machine and Pump LLC
PO Box 879
Levelland, TX 79336


Amerigas
PO Box 660288
Dallas, TX 75266-0288


Ameripride Linen & Uniform Services
PO Box 594
Bemidji, MN 56619-1594


Assurant Employee Benefits
PO Box 807009
Kansas City, MO 64184-7000


BankDirect Capital Finance
PO Box 660448
Dallas, TX 75266-0448


Bayou Workover Services, LLC
800 Gessner Suite 1000
Houston, TX 77020

```
Beasley Tire Service Houston
PO Box 11556
Houston, TX 77293


Boot Barn
15776 Laguna Canyon Road
Irvine, CA 92618


Bubba's Lone Star Propane & Gas Company
4222 FM 621
San Marcos, TX 78666


Chrysler Capital
P.O. Box 961272
Fort Worth, TX 76161


Clariant Corporation
4000 Monroe Road
Charlotte, NC 28205


Clear Water Resources
PO Box 2700
San Marcos, TX 78667


Colonial Life Premium Processing
PO Box 903
Columbia, SC 29202-0903


Commerical Credit Group
P.O. Box 60121
Charlotte, NC 28260-0120


Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359


Cotulla Hospitality
565 N IH 35
Cotulla, TX 78014


Daimler Truck Financial
P.O. Box 5260
Carol Stream, IL 60197-5000
```

```
Drive Shafts Unlimited
PO Box 4727
Corpus Christi, TX 78649


Driving Safety Services
110 Merchant Street
El Campo, TX 77437


DXP Enterprises, Inc.
PO Box 201791
Dallas, TX 75320-1791


Eagle Rubber and Supply Operating Servic
2043 W. State Road 300
Levelland, TX 79336


Eagle's Nest RV Park, LLC
PO Box 782094
San Antonio, TX 78278


Eltex Wash Rack Services
PO Box 370
Karnes City, TX 78118


Engineered Well Service Intl, Inc.  (EWS
3120 Standard Street
Bakersfield, CA 93308


Engineered Well Service IntL., Inc.
3511 Gilmore Ave.
Bakersfield, CA 93308


FedEx
PO Box 7221
Pasadena, CA 91109-7321


Fidelity Security Life Insurance/Eyemed
PO Box 632530
Cincinnati, OH 45263-2530


Floresville Electric Light & Power Syste
PO Box 218
Floresville, TX 78114-0218
```

```
FMCC
One American Road
Dearborn, MI 48126


French Ellison Truck Center, LLC
PO Box 732492
Dallas, TX 75373-2492


FS Solutions
75 Remittance Drive, Suite 6146
Chicago, IL 60675-6146


Harvard Marine Petroleum Training Instit
558 US 181 South
Floresville, TX 78114


Instalodge Hotel & Suites
490 West FM 468
Cotulla, TX 78014


J.J. Keller & Associates
PO Box 6609
Carol Stream, IL 60197-6609


JAG Energy USA, Inc.
16300 Katy Freeway, Suite 225
Houston, TX 77094


John Powell
610 East Market St. #2908
San Antonio, TX 78205


Jose Ramirez
c/o Espinoza Law Frim. PLLC
2211 Danbury St.
San Antonio, TX 78217


Knox Oilfield Supply, Inc.
PO Box 60065, San Angelo, TX 76906
San Angelo, TX 76906


LHR Safety LLC
4200 FM 1128
Pearland, TX 77584
```

Lube Works
554 10th Street
Floresville, TX 78114


McWhorter's LTD Levelland
PO Box 2974
Lubbock, TX 79408


Midwest Hose & Specialty
PO Box 96558
Oklahoma City, OK 73143


Minuteman Press
12001 Network # 115
San Antonio, TX 78249


NGL Energy Partners, LP
Attn: Treasury
3773 Cherry Creek N. Dr., Suite 1000
Denver, CO 80209


Office Depot, Inc.
PO Box 70025
Los Angeles, CA 90074-0020


Paccar
1700 Woodbrook Street
Denton, TX 76205


Parts & Supply
103 E. Calvert Avenue
Karnes City, TX 78118


Paul Sturgeon
3511 Gilmore Ave.
Bakersfield, CA 93308


Petro Products
1311 First Street
 PO Box 890
Levelland, TX 79336

Plains Motor Supply, Inc.
405 Ave. H
PO Box 1202
Levelland, TX 79336


Polk Operating, LLC
PO Box 1271
Bowie, TX 76230


Production Pump a DXP Company
PO Box 201791
Dallas, TX 75320-1791


R&S Texas Parts Co
663 10th Street (Hwy 181)
Floresville, TX 78114


R.D. Wallace Oil Co, Inc.
514 N. Main Street
Morton, TX 79346-2200


Reddy Ice - San Antonio
1106 E. Durango
San Antonio, TX 78210


Republic Stock & Supply, LLC
PO Box 94270
Lubbock, TX 79493


River City Steel
PO Box 14507
San Antonio, TX 78214-0507


Rush Sales Company
2700 East I-20
 PO Box 2488
Odessa, TX 79760-2488


Rush Truck Center, San Antonio
PO Box 2208
Decatur, AL 35609


The UPS Store - 5178
923 10th Street, Suite 101
Floresville, TX 78114

```
Translease
PO Box 16464
Denver, CO 80216-0464


Travelers Business Insurance
CL Remittance Center
 PO Box 660317
Dallas, TX 75266


Wells Fargo Equipment Finance
733 Marquette Avenue, Suite 700
Minneapolis, MN 55402


Whiteface Water Station
PO Box 24
Whiteface, TX 79379


Wichita Water, LLC
PO Box 255
Snyder, TX 79550


Winzer  Franchise Company
PO Box 671482
Dallas, TX 75267-1482
```

# United States Bankruptcy Court
### Western District of Texas

In re  **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ENGINEERED WELL SERVICES INTERNATIONAL, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 23, 2016** | **/s/ JAMES S. WILKINS** |
| Date | **JAMES S. WILKINS 21486500** |
| | Signature of Attorney or Litigant |
| | Counsel for  **ENGINEERED WELL SERVICES INTERNATIONAL, LLC** |
| | **JAMES S. WILKINS** |
| | **WILLIS & WILKINS, L.L.P.** |
| | **711 Navarro Street, Suite 711** |
| | **San Antonio, TX 78205-1711** |
| | **210-271-9212 Fax:210-271-9389** |
| | **jwilkins@stic.net** |