**Fill in this information to identify the case:**

Debtor name  **ENGINEERED WELL SERVICE INTERNATIONAL, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **16-51402**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 11, 2016          X /s/ John E. Powell, Jr.
                                     Signature of individual signing on behalf of debtor

                                     **John E. Powell, Jr.**
                                     Printed name

                                     **Managing member**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **ENGINEERED WELL SERVICE INTERNATIONAL, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-51402**

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $      11,395,501.41

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $      11,395,501.41

**Part 2:**   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $      7,881,359.91

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................   $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$      1,147,884.88

4.   **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b      $      9,029,244.79

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ENGINEERED WELL SERVICE INTERNATIONAL, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **16-51402**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 6514 | $8,260.00 |
| 3.2. | Bank of America | Checking | 9174 | $194.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$8,454.00

**Part 2:**     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Wells Fargo credit card deposit | $11,000.00 |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   ENGINEERED WELL SERVICE INTERNATIONAL, LLC      Case number *(If known)* 16-51402
          Name

9.   **Total of Part 2.**                                                          $11,000.00
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   Accounts receivable

      11a. 90 days old or less:   1,265,912.00   -        0.00   = ....      $1,265,912.00
                                  face amount          doubtful or uncollectible accounts

      11a. 90 days old or less:      42,061.00   -        0.00   = ....         $42,061.00
                                  face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                      $1,307,973.00
     Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:**   Investments

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   Office furniture<br>Furniture | $0.00 | | $4,000.00 |
| 40.   Office fixtures | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                              page 2

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number *(If known)* 16-51402 |
|---|---|---|
| | Name | |

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | |
|---|---|---|---|
| | Office equipment | $0.00 | $4,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$8,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. See Attached Asset List | $0.00 | | $10,060,074.41 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$10,060,074.41

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|

Debtor    ENGINEERED WELL SERVICE INTERNATIONAL, LLC          Case number *(if known)* 16-51402
          Name

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **ENGINEERED WELL SERVICE INTERNATIONAL, LLC**                    Case number *(If known)*  **16-51402**
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,454.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,307,973.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,060,074.41 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $11,395,501.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $11,395,501.41 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EWS TEXAS
EQUIPMENT LIST
CAPITALIZED EQUIPMENT
with EST BOOK VALUE AT 05/31/16

| ET | # | DESCRIPTION | CATEGORY | S/N | MAKE | MODEL | YEAR | DATE |
|----|---|-------------|----------|-----|------|-------|------|------|
| ET | 11257 | TRUCK: CREW W/TOOLS | PICK UP TRUCK | 1FDXF46P9TEA94526 | FORD | F-450 SERVICE TRUCK | 2006 | Unknown |
| ET | 11333 | CREW TRUCK | PICK UP TRUCK | 1FTRF02W69KB83736 | FORD | F-150 | 2009 | 08/27/12 |
| ET | 11652 | TRUCK: PICK UP | PICK UP TRUCK | 1FTEX1EM7DKG35424 | FORD | F-150 4X4 | 2013 | 12/19/13 |
| ET | 11661 | TRUCK: PICK-UP | PICK UP TRUCK | 1FTFW1CF9EKD09797 | FORD | F-150 4 DOOR | 2014 | 06/09/14 |
| ET | 11667 | TRUCK: PICK-UP 4X4 | PICK UP TRUCK | 1FTEX1EMXEKE58823 | FORD | F-150 PICK-UP | 2014 | 11/21/14 |
| ET | 11669 | TRUCK: PICK-UP 4X2 REG CAB | PICK UP TRUCK | 1FTMF1CM8EKE26003 | FORD | F-150 PICK-UP | 2014 | 12/3/14 |
| ET | 11670 | TRUCK: PICK-UP | PICK UP TRUCK | 1C6RR7KTXES332012 | DODGE | RAM 1500 | 2014 | 12/26/14 |
| ET | 11671 | TRUCK: QUAD CAB PICK-UP | PICK UP TRUCK | 1C6RR6FT0FS521970 | DODGE | RAM 1500 | 2015 | 06/18/15 |
| ET | 11672 | TRUCK: CREW CAB PICK-UP | PICK UP TRUCK | 3C6RR6KT0FG595984 | DODGE | RAM 1500 | 2015 | 06/08/15 |
| ET | 22017 | SERVICE TRUCK | TRUCK | 1HTSDAAN8SH617442 | INTERNATIONAL | SERVICE TRUCK | 1995 | Unknown |
| ET | 26001 | FREIGHLINER PROPANE TRUCK | PROPANE TRUCK | 1FVACXBS2CHBN7206 | INTERNATIONAL | PROPANE TRUCK | 2012 | 08/30/12 |
| ET | 23051 | 130 BBL VACUUM TRUCK W/ TRAILER ET35025 | 130 BBL VACUUM TRUCK | 1XPBDP9X6FD256536 | PETERBILT | 567 | 2015 | 2/27/14 |
| ET | 23057 | 130 BBL VACUUM TRUCK W/ TRAILER ET35031 | 130 BBL VACUUM TRUCK | 1XKDD49X3FJ432859 | KENWORTH | T800 | 2015 | Unknown |
| ET | 23060 | 110 BBL VACUUM TRUCK W/ TRAILER ET35032 | 110 BBL VACCUM TRUCK | 1XKZD49X4FJ447621 | KENWORTH | T880 | 2015 | 10/17/14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ET | 23061 | 130 BBL VACUUM TRUCK W/ TRAILER ET35033 | 130 BBL VACUUM TRUCK | 1XKZD49X6FJ447510 | KENWORTH | T880 | 2015 | 10/17/14 |
| ET | 23062 | 130 BBL VACUUM TRUCK W/ TRAILER ET35034 | 130 BBL VACUUM TRUCK | 1XKZD49XXFJ447512 | KENWORTH | T880 | 2015 | 10/17/14 |
| ET | 23075 | 130 BBL VACUUM TRUCK W/ TRAILER ET35040 | 130 BBL VACUUM TRUCK | 1XKYDP9X9FJ447515 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23076 | 130 BBL VACUUM TRUCK W/ TRAILER ET35036 | 130 BBL VACUUM TRUCK | 1XKYDP9X0FJ447516 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23077 | 130 BBL VACUUM TRUCK W/ TRAILER ET35039 | 130 BBL VACUUM TRUCK | 1XKYD49X1FJ447622 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23078 | 130 BBL VACUUM TRUCK W/ TRAILER ET35037 | 130 BBL VACUUM TRUCK | 1XKYD49X3FJ447623 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23079 | 130 BBL VACUUM TRUCK W/ TRAILER ET35038 | 130 BBL VACUUM TRUCK | 1XKYD49X5FJ447624 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23080 | 130 BBL VACUUM TRUCK W/ TRAILER ET35042 | 130 BBL VACUUM TRUCK | 1XKYD49X7FJ447625 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23081 | 130 BBL VACUUM TRUCK W/ TRAILER ET35043 | 130 BBL VACUUM TRUCK | 1XKYD49X9FJ447626 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23082 | 130 BBL VACUUM TRUCK W/ TRAILER ET35035 | 130 BBL VACUUM TRUCK | 1XKYD49X0FJ447627 | KENWORTH | T680 | 2015 | 10/17/14 |
| ET | 23087 | 130 BBL VACUUM TRUCK W/ TRAILER ET35041 | 130 BBL VACUUM TRUCK | 1XPCD79X3FD289384 | PETERBILT | 567 | 2015 | 12/26/14 |
| ET | 23088 | 130 BBL VACUUM TRUCK W/ TRAILER ET35047 | 130 BBL VACUUM TRUCK | 1XPCD79X5FD289385 | PETERBILT | 567 | 2015 | 12/26/14 |
| ET | 23089 | 130 BBL VACUUM TRUCK W/ TRAILER ET35050 | 130 BBL VACUUM TRUCK | 1XPCD79X7FD289386 | PETERBILT | 567 | 2015 | 12/26/14 |
| ET | 23090 | 130 BBL VACUUM TRUCK W/ TRAILER ET35048 | 130 BBL VACUUM TRUCK | 1XPCD79X7FD289387 | PETERBILT | 567 | 2015 | 12/26/14 |
| ET | 23091 | 130 BBL VACUUM TRUCK W/ TRAILER ET35049 | 130 BBL VACUUM TRUCK | 1XPCD79X7FD289388 | PETERBILT | 567 | 2015 | 12/26/14 |
| ET | 23092 | 2016 KENWORTH VACUUM TRUCK T880 HIGH DUMP | T880 VACUUM TRUCK HIGH DUMP | 1XKZD49X8GJ120494 | KENWORTH | T880 VACUUM TRUCK HIGH DUMP | 2016 | 10/12/15 |
| ET | 23093 | 2017 KENWORTH VACUUM TRUCK T880 HIGH DUMP | T880 VACUUM TRUCK HIGH DUMP | 1XKZD49XXXGJ120495 | KENWORTH | T880 VACUUM TRUCK HIGH DUMP | 2016 | 10/12/15 |
| ET | 27509 | 70 BBL VACUUM TRUCK W/ROPER | 70 BBL VACUUM TRUCK | 2NP3LJ0X8EM226622 / 137408813-D | PETERBILT | 348 | 2014 | 3/12/14 |
| ET | 27512 | 70 BBL VACUUM TRUCK | 70 BBL VACUUM TRUCK | 1NKBLJ0X6FJ437909 | PETERBILT | 567 | 2015 | 04/10/15 |
| ET | 27513 | 70 BBL VACUUM TRUCK | 70 BBL VACUUM TRUCK | 1NPCL70X9FD305873 | PETERBILT | 567 | 2015 | 12/26/14 |

| | | | | | | | 2015 | Unknown |
|---|---|---|---|---|---|---|---|---|
| ET | 29001 | KILL TRUCK W/ TRAILER ET29301 | KILL TRUCK | 1NKDL40X9FJ430656 | KENWORTH | T-800 | 2015 | 08/08/14 |
| ET | 29002 | KILL TRUCK W/ TRAILER ET29302 | KILL TRUCK | 1NKDL40X2FJ430658 | KENWORTH | T-800 | 2015 | 12/27/14 |
| ET | 29003 | KILL TRUCK | KILL TRUCK | 1NKDL40X6FJ426709 | KENWORTH | T-800 | 2015 | 12/27/14 |
| ET | 29004 | KILL TRUCK | KILL TRUCK | 1NKDL40X2FJ426710 | KENWORTH | T-800 | 2015 | 12/27/14 |
| ET | 29301 | KILL TRAILER - ET29001 | KILL TRAILER | 1Z9231527E1258786 | OVERLAND | KILL TRAILER | 2014 | 05/06/14 |
| ET | 29302 | KILL TRAILER - ET29002 | KILL TRAILER | 1Z9231522E1258792 | OVERLAND | KILL TRAILER | 2014 | 05/06/14 |
| E | 29501 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X1CJ296401 | KENWORTH | 430 HOT OIL TRUCK | 2011 | 05/16/11 |
| ET | 29503 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL4EX9CJ315298 | KENWORTH | HOT OIL TRUCK | 2012 | 02/28/12 |
| ET | 29504 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X0DJ344293 | KENWORTH | 430 HOT OIL TRUCK | 2013 | 9/14/12 |
| ET | 29505 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X4EJ406912 | KENWORTH | 430 HOT OIL TRUCK | 2014 | 12/31/13 |
| ET | 29506 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40XXEJ406932 | KENWORTH | 430 HOT OIL TRUCK | 2014 | 04/02/14 |
| ET | 29507 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X7FJ426699 | KENWORTH | 430 HOT OIL TRUCK | 2014 | 07/15/14 |
| ET | 29508 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40XXFJ426700 | KENWORTH | 430 HOT OIL TRUCK | 2015 | 04/30/14 |
| ET | 29509 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X9FJ431192 | KENWORTH | 430 HOT OIL TRUCK | 2015 | 12/27/14 |
| ET | 29511 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X8FJ431197 | KENWORTH | T-800 | 2015 | 11/06/14 |
| ET | 29512 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X4FJ431195 | KENWORTH | T-800 | 2015 | 11/06/14 |
| ET | 29515 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X5FJ426703 | KENWORTH | T-800 HOT OIL TRUCK | 2015 | 12/27/14 |
| ET | 29516 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X0FJ426706 | KENWORTH | T-800 HOT OIL TRUCK | 2015 | 12/27/14 |
| ET | 29517 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X2FJ426707 | KENWORTH | T-800 HOT OIL TRUCK | 2015 | 02/02/15 |
| ET | 29518 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X4FJ426708 | KENWORTH | T-800 HOT OIL TRUCK | 2015 | 02/02/15 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ET | 30011 | HYDRO EXCAVATOR | HYDRO EXCAVATOR | 3ALPGND19FDGJ7351 | FREIGHTLINER | 122SD | 2015 | 12/08/14 |
| ET | 30014 | HYDRO EXCAVATOR | HYDRO EXCAVATOR | 1NPTX4EXXDDJ91570 | PETERBILT 367 | 2013 PETERBILT 367 W/ 2013 FOREMOST 2000 HYDROVAC SYSTEM | 2013 | 12/01/15 |
| ET | 32021 | DRAGON BBQ TRAILER | BBQ TRAILER | 1029855 | HOME BUILT | BBQ TRAILER | 2015 | Unknown |
| ET | 35025 | 130 BBL VACUUM TRAILER - ET23051 | 130 BBL VACUUM TRAILER | 1UNST4228EL130330 | DRAGON | 130 BBL DOT | 2014 | 03/12/14 |
| ET | 35031 | 130 BBL VACUUM TRAILER - ET23057 | 130 BBL VACUUM TRAILER | 1UNST4223EL130509 | DRAGON | 130 BBL DOT | 2014 | 05/09/14 |
| ET | 35032 | 110 BBL VACUUM TRAILER - ET23060 | 110 BBL VACCUM TRAILER | 1UNST362XEL130494 | DRAGON | 110 BBL DOT | 2014 | 07/31/14 |
| ET | 35033 | 130 BBL VACUUM TRAILER - ET23061 | 130 BBL VACUUM TRAILER | 1K9TS5523E1072001 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35034 | 130 BBL VACUUM TRAILER - ET23062 | 130 BBL VACUUM TRAILER | 1K9TS5527E1072002 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35035 | 130 BBL VACUUM TRAILER - ET23082 | 130 BBL VACUUM TRAILER | 1K9TS5529E1072003 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35036 | 130 BBL VACUUM TRAILER - ET23076 | 130 BBL VACUUM TRAILER | 1K9TS5520E1072004 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35037 | 130 BBL VACUUM TRAILER - ET23078 | 130 BBL VACUUM TRAILER | 1K9TS5522E1072005 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35038 | 130 BBL VACUUM TRAILER - ET23079 | 130 BBL VACUUM TRAILER | 1K9TS5524E1072006 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35039 | 130 BBL VACUUM TRAILER - ET23077 | 130 BBL VACUUM TRAILER | 1K9TS5526E1072007 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35040 | 130 BBL VACUUM TRAILER - ET23075 | 130 BBL VACUUM TRAILER | 1K9TS5528E1072008 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35041 | 130 BBL VACUUM TRAILER - ET23087 | 130 BBL VACUUM TRAILER | 1K9TS5552XE1072009 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35042 | 130 BBL VACUUM TRAILER - ET23080 | 130 BBL VACUUM TRAILER | 1K9TS5526E1072010 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35043 | 130 BBL VACUUM TRAILER - ET23081 | 130 BBL VACUUM TRAILER | 1K9TS5528E1072011 | KEITH HUBER | 130 BBL DOT | 2014 | 12/01/14 |
| ET | 35047 | 130 BBL VACUUM TRAILER - ET23088 | 130 BBL VACUUM TRAILER | 1K9TS5552XE1072013 | DRAGON | 130 BBL DOT | 2015 | 12/26/14 |
| ET | 35048 | 130 BBL VACUUM TRAILER - ET23090 | 130 BBL VACUUM TRAILER | 1K9TS5523E1072014 | DRAGON | 130 BBL DOT | 2015 | 12/26/14 |
| ET | 35049 | 130 BBL VACUUM TRAILER - ET23091 | 130 BBL VACUUM TRAILER | 1K9TS5525E1072015 | DRAGON | 130 BBL DOT | 2015 | 12/26/14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ET | 35050 | 130 BBL VACUUM TRAILER - ET23089 | 130 BBL VACUUM TRAILER | 1K9TS5525E1072016 | DRAGON | 130 BBL DOT | 2015 | 12/26/14 |
| ET | 35053 | 130 BBL HIGH LIFT VACUUM TRAILER - ET23092 | 130 BBL HIGH DUMP LIFT TRAILER | 1K9TS4420F1077008 | KEITH HUBER | 130 BBL DOT | 2015 | 10/27/15 |
| ET | 35054 | 130 BBL HIGH LIFT VACUUM TRAILER - ET23093 | 131 BBL HIGH DUMP LIFT TRAILER | 1K9TS4422F1077009 | KEITH HUBER | 130 BBL DOT | 2015 | 10/27/15 |
| ET | 41008 | PRESSURE WASHER | PRESSURE WASHER | 1U9BU1527FC088871 / W103071 | WHITCO (Bakersfield Steam) | 1030K | 2015 | 01/14/15 |
| E | 45525 | BLOW DOWN BIN/TRAILER (modified from roll off bin) | BLOW DOWN BIN | 497745 | CONSOLIDATED | BLOW DOWN BIN | 2013 | Unknown |
| ET | 48066 | MACHINE: WELDING | WELDING MACHINE | U197024124 | LINCOLN | RANGER8 | N/A | Unknown |
| ET | 50009 | FRAC TANK - TEXAS | FRAC TANK | 116606 | DRAGON | 500 BBL | 2013 | 06/28/13 |
| ET | 50023 | FRAC TANK - TEXAS | FRAC TANK | 131908 | DRAGON | 500 BBL MUD TANK ROUND BOTTOM | 2014 | 11/17/14 |
| E | 91001 | LAWN TRUCK | LAWN TRUCK | 1A213B40092 | HUSKEE | 13W2775S031 | 2013 | Unknown |
| E | 91002 | WEED WACKER | WEED WACKER | 29735684 | STIHL | FS110R | 2014 | Unknown |
| S | 11534 | 2013 CHEVY AVALANCHE | VEHICLE | Unknown | CHEVY | AVALANCHE | 2012 | 09/19/12 |

| COST BASIS | LIFE / DEPREC METHOD | EST A/D THRU 5/31/16 | EST BOOK VALUE AT 5/31/16 |
|---|---|---|---|
| 57,363.83 | 5 YR SL MM | 57,363.83 | 0.00 |
| 3,324.14 | 5 YR SL MM | 2,493.11 | 831.04 |
| 29,134.75 | 5 YR SL MM | 14,081.80 | 15,052.95 |
| 37,134.67 | 5 YR SL MM | 14,234.96 | 22,899.71 |
| 30,539.49 | 5 YR SL MM | 9,161.85 | 21,377.64 |
| 24,533.70 | 5 YR SL MM | 7,360.11 | 17,173.59 |
| 33,777.53 | 5 YR SL MM | 9,570.30 | 24,207.23 |
| 33,371.05 | 5 YR SL MM | 6,118.03 | 27,253.02 |
| 34,348.54 | 5 YR SL MM | 6,869.71 | 27,478.83 |
| 8,215.00 | 5 YR SL MM | 8,215.00 | 0.00 |
| 129,336.00 | 5 YR SL MM | 97,002.00 | 32,334.00 |
| 139,494.93 | 5 YR SL MM | 62,772.72 | 76,722.21 |
| 194,000.00 | 5 YR SL MM | 35,566.67 | 158,433.33 |
| 133,679.21 | 5 YR SL MM | 42,331.75 | 91,347.46 |

| | | | |
|---|---|---|---|
| 127,083.18 | 5 YR SL MM | 40,243.01 | 86,840.17 |
| 127,083.19 | 5 YR SL MM | 40,243.01 | 86,840.18 |
| 128,365.13 | 5 YR SL MM | 40,648.96 | 87,716.17 |
| 128,365.13 | 5 YR SL MM | 40,648.96 | 87,716.17 |
| 131,253.74 | 5 YR SL MM | 41,563.68 | 89,690.06 |
| 131,253.74 | 5 YR SL MM | 41,563.68 | 89,690.06 |
| 131,253.74 | 5 YR SL MM | 41,563.68 | 89,690.06 |
| 131,253.74 | 5 YR SL MM | 41,563.68 | 89,690.06 |
| 131,253.74 | 5 YR SL MM | 41,563.68 | 89,690.06 |
| 131,253.74 | 5 YR SL MM | 41,563.68 | 89,690.06 |
| 148,253.53 | 5 YR SL MM | 42,005.17 | 106,248.36 |
| 148,253.53 | 5 YR SL MM | 42,005.17 | 106,248.36 |
| 148,253.53 | 5 YR SL MM | 42,005.17 | 106,248.36 |
| 148,253.53 | 5 YR SL MM | 42,005.17 | 106,248.36 |
| 148,253.53 | 5 YR SL MM | 42,005.17 | 106,248.36 |
| 149,469.16 | 5 YR SL MM | 19,929.22 | 129,539.94 |
| 149,469.16 | 5 YR SL MM | 19,929.22 | 129,539.94 |
| 207,464.25 | 5 YR SL MM | 93,358.91 | 114,105.34 |
| 204,700.00 | 5 YR SL MM | 47,763.33 | 156,936.67 |
| 249,850.66 | 5 YR SL MM | 70,791.02 | 179,059.64 |

| | | | |
|---|---|---|---|
| 297,514.32 | 5 YR SL MM | 54,544.29 | 242,970.03 |
| 254,466.87 | 5 YR SL MM | 89,063.40 | 165,403.47 |
| 364,037.68 | 5 YR SL MM | 103,144.01 | 260,893.67 |
| 364,037.68 | 5 YR SL MM | 103,144.01 | 260,893.67 |
| 69,593.53 | 10 YR SL MM | 13,918.71 | 55,674.82 |
| 69,593.53 | 10 YR SL MM | 13,918.71 | 55,674.82 |
| 387,645.31 | 5 YR SL MM | 387,645.31 | 0.00 |
| 595,636.83 | 5 YR SL MM | 466,582.18 | 129,054.65 |
| 420,803.02 | 5 YR SL MM | 315,602.27 | 105,200.76 |
| 438,350.00 | 5 YR SL MM | 211,869.17 | 226,480.83 |
| 424,561.88 | 5 YR SL MM | 176,900.78 | 247,661.10 |
| 457,670.59 | 5 YR SL MM | 167,812.55 | 289,858.04 |
| 483,401.04 | 5 YR SL MM | 193,360.42 | 290,040.62 |
| 460,284.90 | 5 YR SL MM | 130,414.06 | 329,870.85 |
| 230,442.45 | 5 YR SL MM | 72,973.44 | 157,469.01 |
| 230,442.45 | 5 YR SL MM | 72,973.44 | 157,469.01 |
| 460,284.90 | 5 YR SL MM | 130,414.06 | 329,870.85 |
| 460,284.90 | 5 YR SL MM | 130,414.06 | 329,870.85 |
| 460,790.12 | 5 YR SL MM | 122,877.37 | 337,912.75 |
| 460,790.13 | 5 YR SL MM | 122,877.37 | 337,912.76 |

| | | | |
|---|---|---|---|
| 516,560.00 | 10 YR SL MM | 77,484.00 | 439,076.00 |
| 363,000.00 | 10 YR SL MM | 51,425.00 | 311,575.00 |
| 150,000.00 | 10 YR SL MM | 13,750.00 | 136,250.00 |
| 81,894.58 | 10 YR SL MM | 17,743.83 | 64,150.75 |
| 213,987.59 | 10 YR SL MM | 42,797.52 | 171,190.07 |
| 70,916.40 | 10 YR SL MM | 12,410.37 | 58,506.03 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 116,616.37 | 10 YR SL MM | 17,492.46 | 99,123.91 |
| 117,934.84 | 10 YR SL MM | 16,707.44 | 101,227.40 |
| 117,934.84 | 10 YR SL MM | 16,707.44 | 101,227.40 |
| 117,934.84 | 10 YR SL MM | 16,707.44 | 101,227.40 |

| Cost Basis | Method | Value | Est Book Value |
|---|---|---|---|
| 117,934.84 | 10 YR SL MM | 16,707.44 | 101,227.40 |
| 163,365.63 | 10 YR SL MM | 9,529.66 | 153,835.97 |
| 163,365.63 | 10 YR SL MM | 9,529.66 | 153,835.97 |
| 36,936.01 | 10 YR SL MM | 5,232.60 | 31,703.41 |
| 7,183.00 | 10 YR SL MM | 2,095.04 | 5,087.96 |
| 4,500.00 | 10 YR SL MM | 4,500.00 | 0.00 |
| 38,248.75 | 10 YR SL MM | 11,155.89 | 27,092.86 |
| 52,750.00 | 10 YR SL MM | 7,912.50 | 44,837.50 |
| 950.00 | 10 YR SL MM | 277.08 | 672.92 |
| 250.00 | 10 YR SL MM | 72.92 | 177.08 |
| 51,901.00 | 5 YR SL MM | 38,060.73 | 13,840.27 |
| 14,949,852.94 | | 4,889,778.53 | 10,060,074.41 |
| Total Equipment Cost Basis | | | Total Est Book Value |

| Fill in this information to identify the case: |
|---|

| Debtor name | **ENGINEERED WELL SERVICE INTERNATIONAL, LLC** |
|---|---|
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-51402** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Advantage Funding**<br>Creditor's Name<br>**1111 Marcus Ave., Suite M27**<br>**New Hyde Park, NY 11042**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $736,365.17 | $0.00 |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Chrysler Capital**<br>Creditor's Name<br>**P.O. Box 961272**<br>**Fort Worth, TX 76161**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $77,599.89 | $0.00 |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **ENGINEERED WELL SERVICE INTERNATIONAL, LLC**
Name

Case number (if know) **16-51402**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **Commerical Credit Group** | Describe debtor's property that is subject to a lien | $1,222,637.30 | $0.00 |
|-----|------------------------------|------------------------------------------------------|----------------|--------|

Creditor's Name

**P.O. Box 60121
Charlotte, NC 28260-0120**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | **Daimler Truck Financial** | Describe debtor's property that is subject to a lien | $352,974.30 | $0.00 |
|-----|------------------------------|------------------------------------------------------|-------------|--------|

Creditor's Name

**P.O. Box 5260
Carol Stream, IL
60197-5000**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.5 | **Ford Motor Credit Corp.** | Describe debtor's property that is subject to a lien | $54,619.86 | $0.00 |
|-----|------------------------------|------------------------------------------------------|------------|--------|

Creditor's Name

**One American Road
Dearborn, MI 48126**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if know) | 16-51402 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Paccar | Describe debtor's property that is subject to a lien | $3,378,725.60 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1700 Woodbrook Street
Denton, TX 76205**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Translease | Describe debtor's property that is subject to a lien | $1,717,605.10 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 16464
Denver, CO 80216-0464**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Wells Fargo Equipment Finance | Describe debtor's property that is subject to a lien | $340,832.69 | $0.00 |
|---|---|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor    ENGINEERED WELL SERVICE INTERNATIONAL, LLC

Name

Case number (if know)  16-51402

Creditor's Name

**733 Marquette Avenue,
Suite 700
Minneapolis, MN 55402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $7,881,359.91

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **ENGINEERED WELL SERVICE INTERNATIONAL, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-51402** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ **No.** Go to Part 2.

☐ **Yes.** Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**4-STAR Hose & Supply, Inc**<br>PO Box 541356<br>Dallas, TX 75354<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,689.54** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alexander Auto Center**<br>PO Box 720 1601 Escondido Street<br>Kenedy, TX 78119<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$890.40** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Allied Oilfield Machine and Pump LLC**<br>PO Box 879<br>Levelland, TX 79336<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,263.45** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**American Express**<br>P.O. 53800<br>Phoenix, AZ 85072-3800<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,036.68** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                34950                Best Case Bankruptcy

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.25 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address
Arrowdale LC d/b/a Pers
P.O. Box 1560
Ogden, UT 84402-1560

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$832.25**

---

**3.6** Nonpriority creditor's name and mailing address
Assurant Employee Benefits
PO Box 807009
Kansas City, MO 64184-7000

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,567.97**

---

**3.7** Nonpriority creditor's name and mailing address
BankDirect Capital Finance
PO Box 660448
Dallas, TX 75266-0448

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,948.21**

---

**3.8** Nonpriority creditor's name and mailing address
Bayou Workover Services, LLC
800 Gessner Suite 1000
Houston, TX 77020

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

**3.9** Nonpriority creditor's name and mailing address
Beasley Tire Service Houston
PO Box 11556
Houston, TX 77293

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$28,486.57**

---

**3.10** Nonpriority creditor's name and mailing address
Big Four Meter & Supply, Inc.
P.O. Box 962
Sundown, TX 79372

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$533.69**

---

**3.11** Nonpriority creditor's name and mailing address
Blue Cross Blue Shield
Health Care Service Corporation
P.O. Box 731428
Dallas, TX 75373-1428

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$95,670.17**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Boot Barn**
15776 Laguna Canyon Road
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,247.12 |
|---|---|---|---|

**Bubba's Lone Star Propane & Gas Company**
4222 FM 621
San Marcos, TX 78666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,129.62 |
|---|---|---|---|

**Clariant Corporation**
4000 Monroe Road
Charlotte, NC 28205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,304.00 |
|---|---|---|---|

**Clear Water Resources**
PO Box 2700
San Marcos, TX 78667

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,096.00 |
|---|---|---|---|

**Commercial Credit Group**
P.O. Box 60121
Charlotte, NC 28260-0121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,113.61 |
|---|---|---|---|

**Comptroller of Public Accounts**
PO Box 149359
Austin, TX 78714-9359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.60 |
|---|---|---|---|

**Cotulla Hospitality**
565 N IH 35
Cotulla, TX 78014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,993.75 |
|---|---|---|---|

**D&L Fresh Water**
P.O. Box 254
Runge, TX 78151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,885.00 |
|---|---|---|---|

**Driving Safety Services**
110 Merchant Street
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,322.18 |
|---|---|---|---|

**DXP Enterprises, Inc.**
PO Box 201791
Dallas, TX 75320-1791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.08 |
|---|---|---|---|

**Eagle Rubber and Supply Operating Servic**
2043 W. State Road 300
Levelland, TX 79336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**Eagle's Nest RV Park, LLC**
PO Box 782094
San Antonio, TX 78278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,037.00 |
|---|---|---|---|

**Eltex Wash Rack Services**
PO Box 370
Karnes City, TX 78118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,449.77 |
|---|---|---|---|

**Engineered Well Service Intl, Inc.  (EWS**
3120 Standard Street
Bakersfield, CA 93308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Engineered Well Service IntL., Inc. | ■ Contingent | |
| | 3511 Gilmore Ave. | ■ Unliquidated | |
| | Bakersfield, CA 93308 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,544.46 |
|---|---|---|---|
| | FedEx | ☐ Contingent | |
| | PO Box 7221 | ☐ Unliquidated | |
| | Pasadena, CA 91109-7321 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,205.28 |
|---|---|---|---|
| | Fidelity Security Life Insurance/Eyemed | ☐ Contingent | |
| | PO Box 632530 | ☐ Unliquidated | |
| | Cincinnati, OH 45263-2530 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.27 |
|---|---|---|---|
| | French Ellison Truck Center, LLC | ☐ Contingent | |
| | PO Box 732492 | ☐ Unliquidated | |
| | Dallas, TX 75373-2492 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,421.06 |
|---|---|---|---|
| | FS Solutions | ☐ Contingent | |
| | 75 Remittance Drive, Suite 6146 | ☐ Unliquidated | |
| | Chicago, IL 60675-6146 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.00 |
|---|---|---|---|
| | Harvard Marine Petroleum Training Instit | ☐ Contingent | |
| | 558 US 181 South | ☐ Unliquidated | |
| | Floresville, TX 78114 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,849.20 |
|---|---|---|---|
| | Instalodge Hotel & Suites | ☐ Contingent | |
| | 490 West FM 468 | ☐ Unliquidated | |
| | Cotulla, TX 78014 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,638.42

Insurelinx
Interstate Billing Service
P.O. Box 2208
Decatur, AL 35609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $830.61

J.J. Keller & Associates
PO Box 6609
Carol Stream, IL 60197-6609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,135.85

JAG Energy USA, Inc.
16300 Katy Freeway, Suite 225
Houston, TX 77094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00

JD's Nueces River RV Park
153 RV Park Road
Cotulla, TX 78014-6001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00

Joe Johnson Equipment
62 LaGrange Ave.
Rochester, NY 14613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,447.07

John Powell
610 East Market St. #2908
San Antonio, TX 78205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,699.69

Johnson Oil Company
P.O. Drawer 1959
Gonzales, TX 78629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address
Jose Ramirez
c/o Espinoza Law Frim. PLLC
2211 Danbury St.
San Antonio, TX 78217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.41** | Nonpriority creditor's name and mailing address
Knox Oilfield Supply, Inc.
PO Box 60065, San Angelo, TX 76906
San Angelo, TX 76906

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,537.95**

---

**3.42** | Nonpriority creditor's name and mailing address
LHR Safety LLC
4200 FM 1128
Pearland, TX 77584

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,900.59**

---

**3.43** | Nonpriority creditor's name and mailing address
Marcelina Creek
5367 State Hwy 97 East
Floresville, TX 78114

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.44** | Nonpriority creditor's name and mailing address
McWhorter's LTD Levelland
PO Box 2974
Lubbock, TX 79408

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,123.08**

---

**3.45** | Nonpriority creditor's name and mailing address
Midwest Hose & Specialty
PO Box 96558
Oklahoma City, OK 73143

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$892.22**

---

**3.46** | Nonpriority creditor's name and mailing address
Minuteman Press
12001 Network # 115
San Antonio, TX 78249

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,822.96**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,587.74 |
|---|---|---|---|

**Office Depot, Inc.**
PO Box 70025
Los Angeles, CA 90074-0020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.86 |
|---|---|---|---|

**Ogburn's Truck Parts**
P.O. Box 4630
Fort Worth, TX 76164-0630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Palmers Brothers**
715 Ave. G
Levelland, TX 79336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $989.38 |
|---|---|---|---|

**Parts & Supply**
103 E. Calvert Avenue
Karnes City, TX 78118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Sturgeon**
3511 Gilmore Ave.
Bakersfield, CA 93308

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ■ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,878.21 |
|---|---|---|---|

**Petro Products**
1311 First Street
PO Box 890
Levelland, TX 79336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.67 |
|---|---|---|---|

**Plains Motor Supply, Inc.**
405 Ave. H
PO Box 1202
Levelland, TX 79336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) | 16-51402 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $912.50 |
|---|---|---|---|

**Polk Operating, LLC**
PO Box 1271
Bowie, TX 76230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,906.13 |
|---|---|---|---|

**Production Pump a DXP Company**
PO Box 201791
Dallas, TX 75320-1791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,189.66 |
|---|---|---|---|

**R&S Texas Parts Co**
663 10th Street (Hwy 181)
Floresville, TX 78114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,177.58 |
|---|---|---|---|

**R.D. Wallace Oil Co, Inc.**
514 N. Main Street
Morton, TX 79346-2200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,979.66 |
|---|---|---|---|

**Reddy Ice - San Antonio**
1106 E. Durango
San Antonio, TX 78210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Remax Land Rental**
1212 10th Street
Floresville, TX 78114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.01 |
|---|---|---|---|

**River City Steel**
PO Box 14507
San Antonio, TX 78214-0507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ENGINEERED WELL SERVICE INTERNATIONAL, LLC | Case number (if known) 16-51402 |
|---|---|---|
| | Name | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269,542.27 |
|---|---|---|---|
| | Rush Sales Company<br>2700 East I-20<br>PO Box 2488<br>Odessa, TX 79760-2488 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,490.24 |
|---|---|---|---|
| | Rush Truck Center, San Antonio<br>PO Box 2208<br>Decatur, AL 35609 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,721.24 |
|---|---|---|---|
| | Stanley Prewitt<br>207 St. Regis Drive<br>Pensacola, FL 32505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631.03 |
|---|---|---|---|
| | The UPS Store - 5178<br>923 10th Street, Suite 101<br>Floresville, TX 78114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,285.12 |
|---|---|---|---|
| | Trans Lease, Inc.<br>P.O. Box 172686<br>Denver, CO 80217-2686 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,390.23 |
|---|---|---|---|
| | Travelers Business Insurance<br>CL Remittance Center<br>PO Box 660317<br>Dallas, TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,859.09 |
|---|---|---|---|
| | Wells Fargo Equipment Finance, Inc.<br>P.O. Box 1450<br>Minneapolis, MN 55485-8178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **ENGINEERED WELL SERVICE INTERNATIONAL, LLC**
Name

Case number (if known) **16-51402**

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.25 |
|---|---|---|---|

**Whiteface Water Station**
PO Box 24
Whiteface, TX 79379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,649.50 |
|---|---|---|---|

**Wichita Water, LLC**
PO Box 255
Snyder, TX 79550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,798.88 |
|---|---|---|---|

**Winzer Franchise Company**
PO Box 671482
Dallas, TX 75267-1482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,144,918.62 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 1,144,918.62 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ENGINEERED WELL SERVICE INTERNATIONAL, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-51402** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Leased property located at 495 Vela Lane, Floresville, Texas 78114 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Lease |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 2001 West Hwy. 114, Levelland, Texas 79336 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Lease |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ENGINEERED WELL SERVICE INTERNATIONAL, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-51402** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor          Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Engineered Well Service IntL., Inc. | 3511 Gilmore Ave. Bakersfield, CA 93308 | Advantage Funding | ■ D   **2.1** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | Engineered Well Service IntL., Inc. | 3511 Gilmore Ave. Bakersfield, CA 93308 | Translease | ■ D   **2.7** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | John E. Powell, Jr. | | Advantage Funding | ■ D   **2.1** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | John E. Powell, Jr. | | Translease | ■ D   **2.7** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | John E. Powell, Jr. | | Wells Fargo Equipment Finance | ■ D   **2.8** <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    ENGINEERED WELL SERVICE INTERNATIONAL, LLC

Case number *(if known)*    **16-51402**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Paul Sturgeon | 3511 Gilmore Ave.<br>Bakersfield, CA 93308 | Wells Fargo<br>Equipment Finance | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | SEE ATTACHED<br>SHEET | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

EWS TX Loans with John's Guarantee

At 5/19/16

Est Principal as of 12/31/15

| ET | # | DESCRIPTION | CATEGORY | S/N | MAKE | MODEL | YEAR | DATE | COST BASIS | FINANCER | LOAN/LEASE PRINCIPAL | Payment Amount | Guarantor | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LOANED:** | | | | | | | | | | | | | | |
| ET | 23092 | KENWORTH VACUUM | TRUCK HIGH DUMP | 1XKZD49X8GJ 120494 | KENWORTH | TRUCK HIGH DUMP | 2016 | 10/12/15 | 149,469.16 | ADVANTAGE FUNDING | (140,065.81) | 2,497.00 | John & EWS CA | John Signed |
| ET | 23093 | KENWORTH VACUUM | TRUCK HIGH DUMP | 1XKZD49XXGJ 120495 | KENWORTH | TRUCK HIGH DUMP | 2016 | 10/12/15 | 149,469.16 | ADVANTAGE FUNDING | (140,065.80) | 2,497.00 | John & EWS CA | John Signed |
| ET | 30011 | HYDRO EXCAVATOR | HYDRO EXCAVATOR | 3ALPGND19FD G37351 | FREIGHTLINER | 122SD | 2015 | 12/08/14 | 516,560.00 | TRUCK FINANCIAL | (381,720.80) | 8,805.31 | EWS CA & John | John signed |
| ET | 35031 | VACUUM TRAILER | VACUUM TRAILER | 1UNST4223EL1 30509 | DRAGON | 130 BBL DOT | 2014 | 05/09/14 | 213,987.59 | FARGO EQ FINANCE | (163,563.37) | 1,592.81 | Paul & John | Both signed |
| ET | 35032 | VACUUM TRAILER - | VACCUM TRAILER | 1UNST362XEL 130494 | DRAGON | 110 BBL DOT | 2014 | 07/31/14 | 70,916.40 | FARGO EQ FINANCE | (54,205.60) | 1,325.00 | Paul & John | Both signed |
| ET | 35053 | LIFT VACUUM | DUMP LIFT TRAILER | 1K9TS4420E10 77008 | KEITH HUBER | 130 BBL DOT | 2015 | 10/27/15 | 163,365.63 | ADVANTAGE FUNDING | (152,919.28) | 2,746.00 | EWS CA & ? (G | John |
| ET | 35054 | LIFT VACUUM | DUMP LIFT TRAILER | 1K9TS4421F10 77009 | KEITH HUBER | 130 BBL DOT | 2015 | 10/27/15 | 163,365.63 | ADVANTAGE FUNDING | (152,919.28) | 2,746.00 | EWS CA & ? (G | John |
| ET | 50023 | FRAC TANK - TEXAS | FRAC TANK | 131908 | DRAGON | TANK ROUND BOTTOM | 2014 | 11/17/14 | 52,750.00 | FARGO EQ FINANCE | (40,319.94) | 52,750.00 | Paul & John | Both signed |
| **LEASED:** | | | | | | | | | | | | | | |
| ET | 23052 | VACUUM TRUCK W/ | VACUUM TRUCK | 1XPBDP9X6FD 296230 | PETERBILT | 567 | 2015 | 02/26/15 | 137,026.91 | TRANSLEASE | (116,427.05) | 2,352.14 | John, Paul, EWS TX | |
| ET | 23053 | VACUUM TRUCK W/ | VACUUM TRUCK | 1XPBDP9X8FD 296231 | PETERBILT | 567 | 2015 | 02/26/15 | 137,026.91 | TRANSLEASE | (116,427.05) | 2,288.59 | John, Paul, EWS TX | |
| ET | 29005 | W/ TRAILER ET29303 | KILL TRUCK | 1NKDL40X8FJ 430664 | KENWORTH | T-800 | 2015 | 03/25/15 | 304,390.78 | TRANSLEASE | (269,017.34) | 5,752.85 | John, Paul, EWS TX | |
| ET | 29513 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X1FJ 426701 | KENWORTH | T-800 HOT OIL TRUCK | 2015 | 12/08/14 | 457,291.01 | TRANSLEASE | (374,138.68) | 8,642.56 | John, Paul, EWS TX | |
| ET | 29514 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X3FJ 426702 | KENWORTH | T-800 HOT OIL TRUCK | 2015 | 12/08/14 | 457,291.01 | TRANSLEASE | (374,138.68) | 8,642.56 | John, Paul, EWS TX | |
| ET | 29522 | HOT OIL TRUCK | HOT OIL TRUCK | 1NKDL40X1FJ 431199 | KENWORTH | 430 HOT OIL TRUCK | 2005 | 09/08/15 | 251,363.63 | TRANSLEASE | (244,703.10) | 4,822.88 | John, Paul, EWS TX | |
| ET | 35051 | VACUUM TRAILER - | VACUUM TRAILER | 1K9TS5522F10 77001 | DRAGON | 130 BBL DOT | 2015 | 02/26/15 | 121,301.15 | TRANSLEASE | (104,504.13) | | John, Paul, EWS TX | |
| ET | 35052 | VACUUM TRAILER - | VACUUM TRAILER | 1K9TS5522F10 77002 | DRAGON | 130 BBL DOT | 2015 | 02/26/15 | 121,301.15 | TRANSLEASE | (104,504.13) | | John, Paul, EWS TX | |
| ET | 35058 | VACCUUM TRAILER | VACCUUM TRAILER | 1T9TA4321F18 67810 | TROXELL | 130 BBL DOT | 2015 | 04/03/15 | 59,528.89 | TRANSLEASE | (52,366.47) | | John, Paul, EWS TX | |

**Fill in this information to identify the case:**

Debtor name **ENGINEERED WELL SERVICE INTERNATIONAL, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **16-51402**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1. Gross revenue from business

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2016 to Filing Date | ■ Operating a business<br>☐ Other | $3,600,000.00 |
   | **For prior year:**<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $9,000,000.00 |
   | **For year before that:**<br>From  1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other | $4,800,000.00 |

2. Non-business revenue
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. Certain payments or transfers to creditors within 90 days before filing this case
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor ENGINEERED WELL SERVICE INTERNATIONAL, LLC     Case number *(if known)* 16-51402

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Administrative Solutions<br>PO BOX 5809<br>Fresno, CA 93755 | 4/12/16<br>4/19/16<br>5/10/16<br>1/24/16<br>6/7/16<br>6/14/16 | $23,785.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | ADP<br>5355 Orangethorpe<br>La Palma, CA 90623 | 3/24/16<br>4/1/16<br>4/7/16<br>4/12/16<br>4/15/16<br>4/21/16<br>4/22/16<br>4/29/16<br>5/5/15 | $1,391,981.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Payroll_ |
| 3.3. | Advantage Funding<br>1111 Marcus Ave., Suite M27<br>New Hyde Park, NY 11042 | 4/1/16<br>4/22/16<br>5/2/16<br>5/20/16<br>6/1/16<br>6/18/16<br>6/20/16 | $35,095.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | Alex Ramirez<br>330 W. Mariposa<br>San Antonio, TX 78212 | 5/26/16<br>6/2/16<br>6/10/16<br>6/17/16 | $13,771.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | AT&T<br>P.O. Box 537104<br>Atlanta, GA 30353-7104 | 5/26/16<br>6/14/16 | $19,329.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Urility_ |
| 3.6. | BankDirect Capital Finance<br>PO Box 660448<br>Dallas, TX 75266-0448 | 4/22/16<br>5/24/16<br>6/1/16 | $32,054.89 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Beasley Tire Service Houston<br>PO Box 11556<br>Houston, TX 77293 | 5/3/16<br>5/26/16<br>6/22/16 | $25,557.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Insurance_ |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 2

Debtor ENGINEERED WELL SERVICE INTERNATIONAL, LLC     Case number (if known) 16-51402

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | Blue Cross Blue Shield<br>Health Care Service Corporation<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | 4/26/16<br>5/6/16 | $154,441.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Insurance |
| 3.9. | Bubba's Lone Star Propane & Gas Company<br>4222 FM 621<br>San Marcos, TX 78666 | 5/12/16<br>5/25/16<br>5/26/16<br>6/8/16<br>6/14/16 | $174,243.05 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 | Commercial Credit Group<br>P.O. Box 60121<br>Charlotte, NC 28260-0121 | 4/5/16<br>4/8/16<br>4/15/16<br>5/5/16<br>5/16/16<br>5/24/16<br>6/5/16<br>6/15/16 | $146,049.20 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 | Chrysler Capital<br>P.O. Box 961272<br>Fort Worth, TX 76161 | 4/1/16<br>4/5/16<br>4/20/16<br>5/2/16<br>5/6/16<br>5/20/16<br>6/1/16<br>6/6/16<br>6/20/16 | $6,873.57 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 | Daimler Truck Financial<br>P.O. Box 5260<br>Carol Stream, IL 60197-5000 | 3/31/16<br>5/2/16<br>5/31/16<br>6/1/16 | $27,467.55 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 | Flyers<br>Dept. #34516<br>P.O. Box 39000<br>San Francisco, CA 94139-0001 | 3/29/16<br>4/18/16<br>4/30/16<br>5/18/16<br>5/30/16<br>6/17/16 | $138,277.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 | Ford Motor Credit Corp.<br>One American Road<br>Dearborn, MI 48126 | 3/24/16<br>4/25/16<br>5/2/16<br>5/18/16<br>5/24/16<br>6/12/16<br>6/18/16 | $7,563.12 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor ENGINEERED WELL SERVICE INTERNATIONAL, LLC    Case number (if known) 16-51402

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.15 GE Capital<br>P.O. Box 642555<br>Pittsburgh, PA 15264 | 6/1/16 | $19,814.76 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 Insurelinx<br>Interstate Billing Service<br>P.O. Box 2208<br>Decatur, AL 35609 | 3/28/16<br>4/13/16<br>5/9/16<br>6/7/16<br>6/16/16 | $38,026.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance_ |
| 3.17 John Powell<br>610 East Market St. #2908<br>San Antonio, TX 78205 | 5/11/16<br>5/24/16<br>6/7/16 | $22,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_Owner loan reimbursement_ |
| 3.18 Johnson Oil Company<br>P.O. Drawer 1959<br>Gonzales, TX 78629 | 4/7/16<br>6/14/16 | $11,997.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Contract Labor_ |
| 3.19 Marcelina Creek<br>5367 State Hwy 97 East<br>Floresville, TX 78114 | 3/29/16<br>4/7/16<br>4/28/16<br>5/25/16<br>6/8/16 | $14,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Rent_ |
| 3.20 NGL Water Solutions Eagle Ford, LLXC<br>Attn: Treasury<br>3773 Cherry Creek N., Suite 1000<br>Denver, CO 80209 | 4/28/16<br>5/26/16<br>6/9/16 | $22,926.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Contract Labor_ |
| 3.21 Paccar<br>1700 Woodbrook Street<br>Denton, TX 76205 | 4/12/16<br>4/15/16<br>4/18/16<br>4/19/16<br>5/12/16<br>5/14/16<br>5/15/16<br>5/17/16<br>6/13/16<br>6/14/16<br>6/15/16<br>6/17/16 | $232,629.87 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.22** Petro Products<br>1311 First Street<br>PO Box 890<br>Levelland, TX 79336 | 3/31/16<br>6/18/16 | $66,008.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.23** Prosperity Bank<br>1301 N. Mechanic Street<br>El Campo, TX 77437-2633 | 4/11/16<br>5/10/16<br>5/12/16 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Rent_ |
| **3.24** R.D. Wallace Oil Co, Inc.<br>514 N. Main Street<br>Morton, TX 79346-2200 | 6/18/16 | $26,181.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Rent_ |
| **3.25** Remax Land Rental<br>1212 10th Street<br>Floresville, TX 78114 | 3/29/16<br>4/28/16<br>5/25/16 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Rent_ |
| **3.26** Trans Lease, Inc.<br>P.O. Box 172686<br>Denver, CO 80217-2686 | 4/5/16<br>4/20/16<br>5/5/16<br>5/20/16<br>6/5/16<br>6/20/16 | $116,952.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Equipment Lease_ |
| **3.27** Travelers Business Insurance<br>CL Remittance Center<br>PO Box 660317<br>Dallas, TX 75266 | 4/5/16<br>5/3/16 | $40,324.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance_ |
| **3.28** Walter Mortensen Insurance<br>8500 Stockdale Hwy., Suite 200<br>Bakersfield, CA 93311 | 3/22/16<br>4/22/16<br>5/22/16<br>6/22/16 | $17,844.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance_ |
| **3.29** Wells Fargo Equipment Finance<br>733 Marquette Avenue, Suite 700<br>Minneapolis, MN 55402 | 3/31/16<br>4/11/16<br>4/18/16<br>5/11/16<br>6/13/16 | $7,365.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Credit Card Debt_ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.30 | Wells Fargo Equipment Finance, Inc.<br>P.O. Box 1450<br>Minneapolis, MN 55485-8178 | 4/28/16 | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31 | Wells Fargo Equipment Finance<br>733 Marquette Avenue, Suite 700<br>Minneapolis, MN 55402 | 3/31/16<br>4/15/16<br>5/2/16<br>5/16/16<br>5/28/16<br>6/16/16 | $80,577.27 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32 | Wilson County Tax Collector<br>2 Library Lane, Suite 1<br>Floresville, TX 78114-2297 | 3/24/16<br>3/28/16<br>3/31/16<br>4/5/16<br>4/7/16<br>4/10/16<br>4/14/16<br>4/22/16 | $29,312.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Taxes___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor ENGINEERED WELL SERVICE INTERNATIONAL, LLC    Case number *(if known)* 16-51402

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Engineered Well Service International, LLC vs. Paul Sturgeon, et.al.<br>16-05-0359-CVW | Protective Order | 81st Judicial District Court<br>Wilson, County, Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | John Powell, Jr. vs. Paul Sturgeon, et.al<br>BCV-16100062 | | Superior Court for the State of California<br>Kern County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Jose Ramirez vs. Engineered Well Service International, Inc.<br>2016-CV-01787 | Worker's Comp. | County Court at Law No. 3<br>Bexar County, Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor ENGINEERED WELL SERVICE INTERNATIONAL, LLC      Case number *(if known)* 16-51402

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | JAMES S. WILKINS WILLIS & WILKINS, L.L.P. 711 Navarro Street, Suite 711 San Antonio, TX 78205-1711 | Attorney Fees | | $35,000.00 |
| | Email or website address jwilkins@stic.net | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | 165 Business Park Blvd., Suite 300-PMB 147 Kenedy, TX 78119 | | 2012-2014 |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 8

16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor 16-51402 cang Doc#16 Filed 07/11/16 Entered 07/11/16 14:05:53 Main Document Pg 46 of
ENGINEERED WELL SERVICE INTERNATIONAL, LLC 52
Case number (if known) 16-51402

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Linda Saldana 4725 Panama Lane, Suite D3-PMB 218 Bakersfield, CA 93313 | 2015-2016 |
| 26a.2. | Lauren Moore | 2014-2015 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Danielle,Phillips, Vaugh & Bock 300 New Stine Road, Suite 101 Bakersfield, CA 93309 | 2012-2016 |

Debtor 16-51402-cag Doc#16 Filed 07/11/16 Entered 07/11/16 14:05:53 Main Document Pg 47 of
ENGINEERED WELL SERVICE INTERNATIONAL, LLC 52

Case number (if known) 16-51402

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Falls City National Bank**
100 S. Front Street
Falls City, TX 79113

26d.2.   **GTE Financial**
P.O. Box 172599
Tampa, FL 33672-0599

26d.3.   **Midwest Business Financing**
2202 N. West Shore Blvd., Suite 200
Tampa, FL 33607

26d.4.   **Translease**
P.O. Box 16464
Denver, CO 80216-0464

26d.5.   **Wells Fargo**
733 Marquette Ave., Suite 700
Minneapolis, MN 55402

26d.6.   **Signature Financial**
P.O. Box 5524
Hicksville, NY 11802-5524

26d.7.   **Platnum Bank**
102 N. College Ave.
Levelland, TX 79336

26d.8.   **Patriot Environmental Services**
P.O. Box 1091
Long Beach, CA 90801-1091

26d.9.   **Walter Mortensen Insurance**
8500 Stockdale Highway, Suite 200
Bakersfield, CA 93311

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor ENGINEERED WELL SERVICE INTERNATIONAL, LLC _____ Case number (if known) 16-51402

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John E. Powell, Jr. | 600 E. Market Street San Antonio, TX 78205 | President/Owner | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul H. Sturgeon | 4019 Country Club Drive Bakersfield, CA 93306-3633 | Treasurer | 45% Through 12/01/2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | John E. Powell, Jr. | $170,000.00 | Annual Salary | |
| | Relationship to debtor President and owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    Signature and Declaration

       **WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

       I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on      7/11 2016

/s/ John E. Powell, Jr.                   John E. Powell, Jr.
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Managing member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Texas

In re __ENGINEERED WELL SERVICE INTERNATIONAL, LLC__  
                  Debtor(s)

Case No. __16-51402__  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ~~NONE~~ *JOHN POWELL* | | *100 %* | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Managing member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___7/11/2017___

Signature /s/ John E. Powell, Jr.  
         John E. Powell, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re   ENGINEERED WELL SERVICE INTERNATIONAL, LLC

Debtor(s)

Case No.   16-51402

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   ENGINEERED WELL SERVICE INTERNATIONAL, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 11, 2016
Date

/s/ JAMES S. WILKINS
JAMES S. WILKINS 21486500
Signature of Attorney or Litigant
Counsel for   ENGINEERED WELL SERVICE INTERNATIONAL, LLC
JAMES S. WILKINS
WILLIS & WILKINS, L.L.P.
711 Navarro Street, Suite 711
San Antonio, TX 78205-1711
210-271-9212 Fax:210-271-9389
jwilkins@stic.net

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

| | | |
|---|---|---|
| In re   **ENGINEERED WELL SERVICE INTERNATIONAL, LLC** | Case No. | **16-51402** |
| Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **35,000.00** |
   | Prior to the filing of this statement I have received | $ | **35,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_7/11/2016_
Date

/s/ JAMES S. WILKINS
JAMES S. WILKINS 21486500
*Signature of Attorney*
JAMES S. WILKINS
WILLIS & WILKINS, L.L.P.
711 Navarro Street, Suite 711
San Antonio, TX 78205-1711
210-271-9212 Fax: 210-271-9389
jwilkins@stic.net
*Name of law firm*

---